```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                              Case No. 09-cr-46-PB

Paul Dimeo


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for May 5, 2009 for a period of 150 days, citing the need for additional time to complete discovery, engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    The court finds that continuance in excess of 30 days is not warranted under the circumstances and accordingly, the court will continue the trial from May 5, 2009 to June 2, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The April 28, 2009 final pretrial conference is continued to May 26, 2009 at 3:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

April 14, 2009

cc: Jonathan Saxe, Esq.
    Donald Feith, AUSA
    United States Probation
    United States Marshal