```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                  Case No. 09-cr-46-PB

**Paul Dimeo**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for June 2, 2009 for a period of 45 days, citing the need for additional time to effect a global resolution of charges pending against him in Connecticut and New Hampshire and to engage in further plea negotiations. The government objects to a continuance of the trial date for 45 days.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 2, 2009 to July 7, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 26, 2009 final pretrial conference is continued to June 24, 2009 at 3:45 p.m.

No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 19, 2009

cc: Jonathan Saxe, Esq.
    Donald Feith, AUSA
    United States Probation
    United States Marshal