```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 09-cr-46-PB

**Paul Dimeo**


### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for July 7, 2009, citing the need for additional time to finalize a plea agreement.  The government does not object to a brief continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from July 7, 2009 to August 18, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

No further continuances.

SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

June 25, 2009

cc:  Jonathan Saxe, Esq.
     Donald Feith, AUSA
     United States Probation
     United States Marshal