UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


United States of America

    v.                                              Criminal No.  09-cr-46-01-B

Paul Dimeo


**O R D E R**

     The defendant has moved to continue the August 18, 2009 trial in the above case.  Defendant cites the need for additional time to work out a global resolution involving this case and cases 09-cr-132-01-PB and 09-cr-133-01-PB.  The government does not object to a continuance of the trial date.

     Accordingly, in order to allow the parties additional time to work out a plea, the court will continue the trial from August 18, 2009 to September 1, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The clerk will shall schedule the matter for a change of plea hearing on August 25, 2009 at 2:30pm.

SO ORDERED.

July 31, 2009
/s/Paul Barbadoro
Paul Barbadoro
US District Judge

cc: Jonathan Saxe, Esq.
 Donald Feith, Esq.
 United States Probation
 United States Marshal